On Application for Rehearing.
(June 29, 1903.)
We have considered the grounds set forth in plaintiff’s brief for a rehearing. In a second calculation of items we find the following:
Debits.
Contract price ......................$4,580 00
Extras on contract:
Surveyor’s grade certificate......... 2 50
Flooring balance of attic........... 29 00
Covering galleries with canvas..... 34 00
Painter’s bill ........................ 10 00
Changing balusters on front, etc.... 45 00
Art glass in staircase............... 70 00
Extra iron fence..................... 28 05
Changing glass in door.............. 2 50
-$4,801 05
Credits.
Three installments by Bush at $916.00 ..............................$2,748 00
Bills paid by Bush on orders....... 171 00
Factory work and materials........ 408 45
Grade certificate .................... 2 50
Flooring balance of attic............ 29 00
Art glass-............................ 70 00
Changing glass ...................... 4 80
Immediate work to complete house after discharging Hay............. 653 59
Rent ................................. 22 50
Fence ................................ 26 00
Approximate to complete house.... 606 35
Art glass to be replaced............. 70 00
Expert service ..................... 40 00
-$4,852 19
Balance .....................................$ 51 14
*582 This finds a balance due by Hay to Bush of $51.14. The amount for rent $22.50, and fence $26 — the last not proven, and the other damage of a remote nature — not being sustained, we have concluded to deduct them, leaving a balance due by Hay to Bush of $2.64.
Our judgment heretofore handed down is amended by reducing its amount from $11.14 to $2.64. As amended, the judgment remains as the judgment of the court. The amendment being very slight, we make the change without granting a rehearing.
Rehearing refused.